# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Best In Sports, Inc. and Tom
McLaughlin

CIVIL CASE NO.   1:09 MC 080

vs.

JUDGE   GAUGHAN

Olympiakos Basketball Club of Greece

## PRAECIPE FOR ISSUANCE

☐    ORIGINAL SUMMONS

☐    ALIAS SUMMONS

☐    THIRD PARTY SUMMONS

☐    CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐    CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☒    WRIT OF EXECUTION

☐    OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date: Sept. 8, 2009

By: Jon P. Yormick (0047362)

Attorney for Plaintiffs/Judgment Creditors

revised 02/2009