IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BEST IN SPORTS, INC., et al., ) | |
| ) | CASE NO. 1:09-MC-080 |
| Plaintiffs/Judgment Creditors, ) | |
| ) | JUDGE PATRICIA A. GAUGHAN |
| v. ) | |
| ) | |
| OLYMPIAKOS BASKETBALL CLUB OF ) | **WRIT OF EXECUTION** |
| GREECE, ) | |
| ) | |
| Defendant/Judgment Debtor. ) | |

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO:

**WHEREAS**, on August 6, 2004, judgment was entered in an action in the United States District Court, District of Massachusetts between Plaintiffs, Best In Sports, Inc. and Tom McLaughlin and Defendant, Olympiakos Basketball Club of Greece, in favor of said Plaintiffs and against said Defendant for the sum of $165,000.00 and costs taxed in the sum of $207.67, as appears by the Certification of Judgment for Registration in Another District filed on September 2, 2009 in the Office of the Clerk of the United States District Court, Northern District of Ohio; and

**WHEREAS**, the sum of $409,048.11 is due on the judgment entered herein which remains unsatisfied, accruing interest at the rate of twelve percent (12%) per annum from August 21, 2001, until the date the judgment is satisfied;

**THEREFORE**, this writ is for the seizure of the following goods, chattels, and personal property that the Defendant-Judgment Debtor will have in its possession and which will be located in this District on or about October 10-13, 2009, when the

1

Defendant-Judgment Debtor is in this District to play an exhibition basketball game against the Cleveland Cavaliers at Quicken Loans Arena, 1 Center Court, Cleveland, Ohio  44115, at 7:00 PM on October 12, 2009.

The following goods, chattels, and personal property of the Defendant-Judgment Debtor is expected to include, but not be limited to:

1. U.S. and foreign currency; travelers' checks; equipment; team uniforms; other team wearing apparel; laptop computers; cameras, camcorders, and other video and audio recording devices and equipment; mobile telephones; personal digital assistant devices; and any and all other electronic equipment and devices.

2. an aircraft that may be located in this District on said dates at one of the following local airports: Cleveland Hopkins International Airport; Burke Lakefront Airport; or Cuyahoga County Airport - Robert D. Shea Field, located at 26300 Curtiss Wright Parkway, Cleveland, Ohio  44143.

THEREFORE, YOU ARE COMMANDED to sell the above-described property of Defendant-Judgment Debtor Olympiakos Basketball Club of Greece after giving the public notice of the time and place of the sale as required by law.  You are further commanded to make out of any other property of Defendant-Judgment Debtor Olympiakos Basketball Club of Greece subject to execution the costs of suit and the costs of executing this writ.

You shall execute this writ according to its terms and according to law.  You shall have the sums of money described in the writ, together with the writ itself, showing how you have executed it, before Court within 30 days from this date.

GIVEN under my hand on the _____ day of September, 2009.

                                          GERI M. SMITH, Clerk
                                          United States District Court
                                          Northern District of Ohio


                                        By:_____
                                                Deputy Clerk