IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BEST IN SPORTS, INC., et al.,   ) | |
| ) | CASE NO.  1:09-MC-080 |
| Plaintiffs/Judgment Creditors,  ) | |
| ) | JUDGE PATRICIA A. GAUGHAN |
| v.  ) | |
| ) | |
| OLYMPIAKOS BASKETBALL CLUB OF  ) | **ORDER** |
| GREECE,  ) | |
| ) | |
| Defendant/Judgment Debtor.  ) | |

Consistent with the Writ of Execution issued by the Clerk of Court on September ____, 2009, the Court hereby **ORDERS** the United States Marshal to seize the personal property identified in the Writ.  It is the **ORDER** of the Court that the United States Marshal is authorized and directed to enter upon the premises described in the Writ of Execution and shall seize and remove property therein listed.  The Marshal is not required to levy upon all the property at the same time and may make successive levies under the same Writ.

Plaintiffs shall pay to the United States Marshal in advance the costs of such seizure, removal, storage and related costs, with such amounts to be recouped by the Plaintiffs from the proceeds of a future sale.

If requested by the United States Marshal's Service, a representative from the Plaintiffs shall be present to assist in the identification of property subject to seizure.

**IT IS SO ORDERED.**


DATE                                                                    PATRICIA A. GAUGHAN
                                                                                      UNITED STATES DISTRICT JUDGE


1